UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL TORMES ORTIZ,
    Plaintiff

vs.                                                                                                    CIVIL NO. 97-1618 (JP)

UNITED STATES OF AMERICA,
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 24, 1999; October 31, 1999<br>**Docket #** 31, 32<br>[X] **Plffs**   [] **Defts**   [] **Other**<br><br>**Title:** Re: Tormes-Ortiz v. United States, Civil No. 97-1618-JP (CR-88-253-GG) | By Order dated February 1, 1999, the Court ordered Court Reporter Bo Vazquetelles to transcribe and submit to the Court the sentencing hearing in Criminal Case 88-0253 (JP), which took place on May 31, 1990 in front of Judge Gierbolini, on or before February 16, 1999. Plaintiff notes in his motions that to date, neither he nor the Court has received the transcription. Plaintiff also requests other documents in the record. The Clerk **SHALL** forward a copy of the following documents, from CR 88-253, to the Plaintiff on or before **December 10, 1999** and **SHALL** so inform that Court. The documents are: (1) sentencing hearing, minutes, April 27, 1990, docket No. 1436; (2) sentence called, minutes, May 31, 1990, docket No. 1514 (ordered transcribed by Vazquetelles in February 1999); (3) transcript of sentencing hearing, December 7, 1989, docket No. 1233; (4) transcript of change of plea hearing for José Logrono-Cruz, docket No. 603; (5) docket No. 1069 of September 13, 1989; and (6) transcripts of Elizabeth Rivera's testimony on direct and cross examination. Plaintiff will not be charged for the photocopying and production of these documents. |

Date: 11/12/99

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | #33 |