UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL TORMES ORTIZ,
    Plaintiff

vs.

UNITED STATES OF AMERICA,
    Defendant

CIVIL NO. 97-1618 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** [letter dated April 19, 2000]; February 23, 2000<br>**Docket #** 37, 35<br>[X] **Plffs** [] **Defts** []<br>Other<br><br>**Title:** Tormes-Ortiz v. United States, Civil # 97-1618 | On December 7, 1999, the Clerk of the Court forwarded to Plaintiff all of the documents requested by the same, except for three items. By letter dated April 18, 2000, the Clerk notified Plaintiff of the three items unable to be produced to Plaintiff and the reasons therefor; namely, that two of the requested documents were never filed with the Clerk, and, with respect to the transcript of the testimony of Elizabeth Rivera, the Clerk has been unable to locate the same because Plaintiff has not provided sufficiently specific information. As such, the Court considers that the Clerk has complied with Plaintiff's request for documents.<br><br>The Court further clarifies that, in response to Plaintiff's request for a stay of the proceedings to enable him to file a Reply to the Government's opposition to Plaintiff's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, that because Plaintiff was not in possession of certain requested documents until April 2000, the Court will permit Plaintiff to file a Reply (what Plaintiff calls a "traverse") to the Government's motion. Taking into account the Plaintiff's *pro se* status, the Reply **SHALL** be filed on or before **June 30, 2000.** The Court further **DENIES** Plaintiff's renewed motion for appointment of counsel. |

Date: 5/29/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    # 38