UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL TORMES ORTIZ,
    Plaintiff

vs.                                        CIVIL NO. 97-1618 (JP)

UNITED STATES OF AMERICA,
    Defendant



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 25, 2000<br>**Docket # 42**<br>[X] **Plffs**  [] **Defts**  [] **Other**<br><br>**Title:** Leave to Proceed on Appeal In Forma Pauperis from District Court to the Court of Appeals | In order to proceed in forma pauperis, Plaintiff must, pursuant to 28 U.S.C. § 1915, "submit[] an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." The affidavit submitted by Plaintiff fails to state all assets that Plaintiff possesses, nor does it state the nature of the action, defense or appeal and the belief that Plaintiff is entitled to redress. The Clerk of the Court **SHALL** forward to Plaintiff with this Order the pre-printed Affidavit in Support of Motion to Proceed In Forma Pauperis (typically used for section 1983 actions), which Plaintiff **SHALL** complete and forward to this Court for further consideration of the instant application. |
| Date: 9/28/00 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |

| | Rec'd: | EOD: |
|---|---|---|
| | By: | #45 |