UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL TORMES ORTIZ,
    Plaintiff

vs.   CIVIL NO. 97-1618 (JP)

UNITED STATES OF AMERICA,
    Defendant



**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** September 26, 2000; September 28, 2000<br>**Docket #** 43, 44<br>[X] Plffs  [] Defts  [X] Other<br><br>**Title:** [letter dated September 18, 2000 from Plaintiff]; [letter dated September 26, 2000 from Office of the Clerk] | **NOTED & DENIED.** The Court **NOTES** that the Clerk has forwarded to Plaintiff pages 101-182 of his May 31, 1990 sentencing hearing, as well as a copy of docket 2480 in Crim. 88-253, and the docket sheet in 97-1618. The Court, however, **DENIES** Plaintiff's renewed motion, previously denied by this Court, to order the Clerk to file and transcribe the change of plea hearing of José Logroño Cruz, held on January 19, 1989 and to order the Clerk to comb the contents of the voluminous transcripts to find the testimony of Elizabeth Rivera. Plaintiff has failed to explain the importance of the change of plea hearing of Logroño Cruz or the testimony of Elizabeth Rivera such as to justify its filing and transcription or to justify extraordinarily time-consuming efforts on behalf of the Clerk, in light of Plaintiff's legal theory of ineffective assistance of counsel. |

Date: 9/29/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: /\_    # 46