UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL TORMES ORTIZ,
Plaintiff

vs.

CIVIL NO. 97-1618 (JP)

UNITED STATES OF AMERICA,
Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 9, 2000<br>**Docket #** 48<br>[X] **Plffs**   [] **Defts**   [] **Other**<br><br>**Title:** Motion to Stay Proceedings for Plaintiffs' Counsel to File Notice of Appearance | **GRANTED IN PART.** Plaintiff has indicated that he has retained as counsel attorney Peter John Porrata, and requests the Court to stay proceedings until his counsel enters his appearance in this matter. The Court hereby **GRANTS IN PART** Plaintiff's motion; the proceedings are hereby **STAYED** until **December 11, 2000.** If, on or before that date, counsel for Plaintiff has not notified his appearance, the matter pending before the Court will be subject to adjudication without the benefit of the participation of Plaintiff's counsel. |

Date: 11/27/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By: yl        # 49