UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL TORMES ORTIZ,
    Plaintiff

vs.

UNITED STATES OF AMERICA,
    Defendant

CIVIL NO. 97-1618 (JP)

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** December 20, 2000<br>**Docket #** 50<br>[X] **Plffs**  [] **Defts**  [] **Other**<br><br>**Title:** Motion Entering Appearance and Requesting an Extension to File a Sur-Reply | **NOTED & GRANTED.** The Court **NOTES** the appearance of Peter John Porrata, Esq. as counsel for Plaintiff. Plaintiff **SHALL** file his sur-reply on or before **January 19, 2001.** |

Date: 12/26/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:       EOD:

By: _jk_    # 51

4