UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL TORMES ORTIZ,

    Plaintiff

vs.                                                       CIVIL NO. 97-1618 (JP)

UNITED STATES OF AMERICA,

    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 30, 2001; **Docket # 54**  [X] **Plffs**   [ ] **Defts**  **Title:** Motion Requesting to Withdraw as attorney for Petitioner | **NOTED.** The Court hereby **NOTES** that Maritere Pérez Pascual of the law-firm of Peter John Porrata will no longer be counsel of record for Plaintiff Rafael Tormes Ortiz. The Law Offices of Peter John Porrata **SHALL** continue being responsible for representing Plaintiff in this case. |

Date: 11/7/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:            EOD:

By: /s/            # 55



