IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CIVIL ACTION NO. 97-1618 JP

TORRES ORTIZ,
           PLAINTIFF,
V.

UNITED STATES OF AMERICA,
           DEFENDANT

RECEIVED AND FILED
2004 APR 19 PM 3:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MOTION FOR A STATUS HEARING TO DETERMINE THE STATUS OF PLAINTIFF'S ABOVE STATED CASE AS PLAINTIFF HAS NOT RECEIVED ANY ORDERS OR OTHER DOCUMENTATION FROM THE COURT SINCE PLAINTIFF'S CASE WAS REMANDED WHICH IS A PERIOD OF MORE THAN THREE (3) YEARS NOW.

COMES NOW, RAFAEL TORRES ORTIZ, PRO SE, AND MOVES THIS COURT TO GRANT THIS MOTION FOR A STATUS HEARING AND WHEREFORE, HE SAYS:

1. PLAINTIFF'S 2255 MOTION WAS REMANDED BACK TO THIS COURT ON OR ABOUT JANUARY 19, 2001.

1

2. THE COURT HAS NOT MADE ANY DETERMINATION REGARDING ANY OF PLAINTIFF'S MOTIONS OR ANY DETERMINATION REGARDING PLAINTIFF'S REQUEST FOR AN EVIDENTIARY HEARING PURSUANT TO RULE 8. IN OVER A THREE (3) YEAR PERIOD.

3. PLAINTIFF ASSERTS THAT HE IS ENTITLED TO A RESPONSE TO HIS 2255 MOTION AND A DETERMINATION BY THE COURT REGARDING AN EVIDENTIARY HEARING IN THIS ABOVE STATED ACTION IN ACCORDANCE TO THE FEDERAL RULES OF CIVIL AND CRIMINAL PROCEDURE.

WHEREFORE, BASED UPON THE FACTS STATED ABOVE, PLAINTIFF RESPECTFULLY MOVES THIS COURT TO GRANT A STATUS HEARING TO DETERMINE THE STATUS OF HIS ACTION 2255 THAT IS PRESENTLY BEFORE THIS COURT AS OF JANUARY 19, 2001.

RESPECTFULLY SUBMITTED,

*Rafael Torres Ortiz*
RAFAEL TORRES ORTIZ, Pro Se
U.S. PENITENTIARY - ADX
P.O. BOX 8500
FLORENCE, CO 81226-8500