IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| RAFAEL TORMES-ORTIZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV-97-1618 (JP) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | (Criminal No. 88-253 (GG)) |
| | ) | |

GOVERNMENT'S NOTICE OF APPEARANCE

The United States of America, by and through its undersigned attorney, hereby enters its appearance in the above-captioned case. The attorney of record representing the Government will be:

> Teresa A. Wallbaum
> U.S. Department of Justice
> Criminal Division
> Narcotic and Dangerous Drug Section
> 1400 New York Ave NW
> Washington, D.C.  20530
> Teresa.wallbaum@usdoj.gov

Please substitute this attorney for Ms. Briceno and Mr. Gallagher as Government counsel.

    _/s/_____
Teresa A. Wallbaum
*Appellate Counsel*
Bar No. G00304
U.S. Department of Justice
Criminal Division
Narcotic and Dangerous Drug Section
1400 New York AV NW
Washington, D.C.  20530

October 26, 2007                                   202-616-5193

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th of October, 2006, I electronically filed the foregoing Government's Notice of Appearance with the Clerk of the Court using the CM/ECF system, which is designed to automatically provide notice to Petitioner's counsel.

_/s/_____
Teresa A. Wallbaum
*Appellate Counsel*
U.S. Department of Justice
Criminal Division
Narcotic and Dangerous Drug Section
1400 New York AV NW
Washington, D.C.  20530
202-616-5193