IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL TORMES-ORTIZ,

    Plaintiff

    v.

UNITED STATES OF AMERICA,

    Defendant

CIVIL NO. 97-1618 (JP)

**FINAL JUDGMENT**

For the reasons stated in this Court's Opinion and Order, the Court hereby **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** Petitioner Rafael Tormes-Ortiz's Complaint for relief under 28 U.S.C. § 2255. This Judgment is entered without the imposition of costs and attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of December, 2006.

                                        s/Jaime Pieras, Jr.
                                        JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE