## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

rj-m06.notice of appeal

**RAFAEL TORMES-ORTIZ**

**PETITIONER**  **CASE NO:  97 - 1618 (JP)**

**V.**

**UNITED STATES OF AMERICA**

**RESPONDENT**

### NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

**COMES NOW** Petitioner **RAFAEL TORMES-ORTIZ** through the subscribing **ATTORNEY**, who very respectfully alleges and prays:

The appearing Petitioner wishes to appeal to the United States Court of Appeals for the First Circuit, from the **Final Judgment** entered by the Court on **December 20th, 2006**.  It is informed that on herein mentioned date was that the petitioner was able to contact the subscriber, in writing, requesting such mandate. It is further informed that the defendant will need for the United States Court of Appeals to appoint Counsel to handle the Petitioner's Appeal.

**WHEREFORE**, it is most respectfully requested that this Honorable Court take knowledge of the aforementioned.

**I HEREBY CERTIFY** that on **January 18th, 2007**, I electronically filed the foregoing motion with the Clerk of the Court using the **CM/ECF** system, which will also notify **A.U.S.A. MARIA DOMINGUEZ - VICTORIANO**, Appellant Counsel **TERESA**

**A. WALLBAUM** and **RAFAEL TORMES ORTIZ**, Reg. #44128-080, USP/Max, POB

8500, Florence, CO  81226-8500**.**

      **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of January of the year 2007.

              By:  **/s/ PETER JOHN PORRATA**
                      **#128901**


           Law Offices of
           **PETER JOHN PORRATA**
           Capital Center Building
           South Tower/Suite 602
           239 Arterial Hostos Avenue
           San Juan, PR   00918-1476
           **email@peterjohnporrata.com**
           T:  787.763.6500/6512
           F:  787.763.4566