UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** February 8, 2007

**DC #:** 97-1618 (JP)

**APPEAL FEE PAID:** YES _____ NO __X__

**CASE CAPTION:** Rafael Tormes-Ortiz v. USA

**IN FORMA PAUPERIS:** YES _____ NO __X__

**MOTIONS PENDING:** YES _____ NO __X__

**NOTICE OF APPEAL FILED BY:** Plaintiff

**APPEAL FROM:** Final Judment dated 12/20/06 and entered on 12/27/06

**SPECIAL COMMENTS:** Original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                            **VOLUMES:**

**Docket Entries 1-43**                                        I

**Docket Entries 44-67**                                       II


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk