In The United States District Court
For The District of Puerto Rico

Rafael Tormes-Ortiz
Petitioner
vs
U.S. of America
Respondent

Civil # CV-97-1618 (JP)
CR. 88-253 (GG)

RECEIVED & FILED
APR 26 2007
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

Motion For Application
In Forma Pauperis

1. I, Petitioner, am willing to pursue this action, understanding that I am responsible for filing fees and that I authorize the deduction of sums from my prison account when funds exist until the filing fees have been paid in full.

2. Attached as exhibits A & B are the affidavit that supports the request of this motion and a copy of my prison account as requested.

I declare under penalty of perjury that the information in this motion as well as in the affidavit is true and correct. See 28-USC §1746

Executed This 16th day of April of the year 2007

Rafael Tormes-Ortiz (# 44128-080)