## Inmate Statement

| Inmate Reg #: | 44128080 | Current Institution: | Florence ADX |
|---|---|---|---|
| Inmate Name: | ORTIZ, RAFAEL | Housing Unit: | FLM-K |
| Report Date: | 04/12/2007 | Living Quarters: | K01-113L |
| Report Time: | 1:15:31 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLM | 4/10/2007 10:27:01 AM | 70180501 | | | Lockbox - CD | $120.00 | | $440.51 |
| FLM | 4/10/2007 10:07:33 AM | 10 | | | Sales | ($54.10) | | $320.51 |
| FLM | 4/4/2007 6:57:22 AM | 3 | | | Sales | ($2.40) | | $374.61 |
| FLM | 4/3/2007 7:35:48 PM | ITS0403 | | | Phone Withdrawal | ($20.00) | | $377.01 |
| FLM | 4/2/2007 10:07:58 AM | 44 | | | Sales | ($52.85) | | $397.01 |
| FLM | 3/21/2007 3:32:04 PM | | 3480 | | Donation | ($25.00) | | $449.86 |
| FLM | 3/21/2007 6:51:54 AM | 1 | | | Sales | ($2.70) | | $474.86 |
| FLM | 3/20/2007 5:04:47 AM | 70179001 | | | Lockbox - CD | $120.00 | | $477.56 |
| FLM | 3/19/2007 10:16:35 AM | 13 | | | Sales | ($38.35) | | $357.56 |
| FLM | 3/15/2007 7:32:31 PM | ITS0315 | | | Phone Withdrawal | ($10.00) | | $395.91 |
| FLM | 3/14/2007 6:45:27 AM | 1 | | | Sales | ($6.20) | | $405.91 |
| FLM | 3/12/2007 12:00:26 PM | 30 | | | Sales | ($40.35) | | $412.11 |
| FLM | 3/9/2007 5:03:45 AM | 70178301 | | | Lockbox - CD | $100.00 | | $452.46 |
| FLM | 3/7/2007 7:13:51 AM | 2 | | | Sales | ($3.15) | | $352.46 |
| FLM | 3/7/2007 7:12:04 AM | 1 | | | Sales | ($11.20) | | $355.61 |
| FLM | 3/6/2007 5:01:37 AM | 70178001 | | | Lockbox - CD | $50.00 | | $366.81 |
| FLM | 3/5/2007 10:15:25 AM | 15 | | | Sales | ($31.10) | | $316.81 |
| FLM | 3/1/2007 6:49:23 PM | ITS0301 | | | Phone Withdrawal | ($20.00) | | $347.91 |
| FLM | 2/26/2007 10:26:27 AM | 13 | | | Sales | ($25.70) | | $367.91 |
| FLM | 2/20/2007 11:32:31 AM | 67 | | | Sales | ($29.75) | | $393.61 |
| FLM | 2/14/2007 7:49:40 AM | 1 | | | Sales | $1.00 | | $423.36 |
| FLM | 2/12/2007 9:21:15 AM | 34 | | | Sales | ($26.70) | | $422.36 |
| FLM | 2/11/2007 5:04:27 AM | 70176502 | | | Lockbox - CD | $120.00 | | $449.06 |
| FLM | 2/7/2007 7:38:00 AM | 2 | | | Sales | ($3.30) | | $329.06 |
| FLM | 2/5/2007 10:04:33 AM | 22 | | | Sales | ($39.70) | | $332.36 |
| FLM | 2/1/2007 8:15:16 AM | | 3350 | | Donation | ($25.00) | | $372.06 |
| FLM | 1/31/2007 6:42:05 AM | 1 | | | Sales | ($10.40) | | $397.06 |
| FLM | 1/29/2007 9:02:47 AM | 37 | | | Sales | ($28.10) | | $407.46 |
| FLM | 1/24/2007 8:21:40 AM | 14 | | | Sales | ($3.50) | | $435.56 |
| FLM | 1/22/2007 9:04:50 AM | 24 | | | Sales | ($25.05) | | $439.06 |
| FLM | 1/17/2007 8:29:17 AM | 4 | | | Sales | ($3.55) | | $464.11 |
| FLM | 1/16/2007 7:14:26 PM | ITS0116 | | | Phone Withdrawal | ($20.00) | | $467.66 |
| FLM | 1/16/2007 2:13:24 PM | 17 | | | Sales | ($34.45) | | $487.66 |

pg1of2

AUTHORIZED BY THE ACT OF JULY 27, 1955, TO ADMINISTER OATHS (18 U.S.C. 4004)

K*uch / KFLuch  ADX Florence, Colorado
Case Manager

| | | | | | | |
|---|---|---|---|---|---|---|
| FLM | 1/16/2007 5:01:06 AM | 70174604 | | Lockbox - CD | $120.00 | $522.11 |
| FLM | 1/12/2007 5:07:11 AM | 70174501 | | Lockbox - CD | $50.00 | $402.11 |
| FLM | 1/8/2007 11:43:18 AM | 56 | | Sales | ($45.80) | $352.11 |
| FLM | 12/29/2006 11:47:34 AM | 133 | | Sales | ($49.75) | $397.91 |
| FLM | 12/18/2006 11:46:05 AM | 55 | | Sales | ($42.00) | $447.66 |
| FLM | 12/15/2006 5:04:31 AM | 70172701 | | Lockbox - CD | $120.00 | $489.66 |
| FLM | 12/11/2006 12:13:13 PM | 6 | | Sales | ($49.85) | $369.66 |
| FLM | 12/8/2006 12:52:15 PM | ITS1208 | | Phone Withdrawal | ($10.00) | $419.51 |
| FLM | 12/4/2006 8:56:40 AM | 37 | | Sales | ($51.50) | $429.51 |
| FLM | 11/27/2006 11:10:06 AM | 43 | | Sales | ($21.00) | $481.01 |
| FLM | 11/21/2006 5:12:45 AM | 70171001 | | Lockbox - CD | $100.00 | $502.01 |
| FLM | 11/20/2006 6:33:50 PM | ITS1120 | | Phone Withdrawal | ($20.00) | $402.01 |
| FLM | 11/20/2006 11:23:49 AM | 24 | | Sales | ($37.15) | $422.01 |
| FLM | 11/14/2006 5:13:20 AM | 70170501 | | Lockbox - CD | $120.00 | $459.16 |
| FLM | 11/13/2006 10:29:06 AM | 34 | | Sales | ($32.50) | $339.16 |
| FLM | 11/13/2006 10:27:45 AM | 33 | | Sales | ($47.45) | $371.66 |
| FLM | 11/7/2006 8:26:08 AM | | 3112 | Donation | ($25.00) | $419.11 |

1 2

**Total Transactions: 76**

Totals:    ($269.20)    $0.00

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLM | $440.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $440.51 |
| Totals: | $440.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $440.51 |

*Case Manager*
*K Fluch / KFluch*
AUTHORIZED BY THE ACT OF JULY 27,
1955, TO ADMINISTER OATHS (18 U.S.C. 4004)
*ADX Florence, CO*
*pg 2 of 2*