**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

rj-088.m06

| | |
|---|---|
| **RAFAEL TORMES-ORTIZ** | |
| **PETITIONER** | **CASE NO:  97 - 1618 (JP)** |
| **V.** | |
| **UNITED STATES OF AMERICA** | |
| **RESPONDENT** | |

**MOTION TO FILE THE**
**MOTION IN FORMA PAUPERIS**

**TO THE HONORABLE COURT:**

**COMES NOW** Petitioner **RAFAEL TORMES-ORTIZ** through the subscribing

**ATTORNEY**, who very respectfully alleges and prays:

Pursuant to a recent Court Order issued by the United States Court of Appeals for the

First Circuit, the appearing Petitioner is appending his **MOTION IN FORMA PAUPERIS**

for the Courts consideration, for which it is most respectfully respectfully requested this

Court act accordingly.

**WHEREFORE**, it is most respectfully requested that this Honorable Court take

knowledge of the aforementioned.

**I HEREBY CERTIFY** that on **April 30th, 2007**, I electronically filed the foregoing

motion with the Clerk of the Court using the **CM/ECF** system, which will also notify

**A.U.S.A. MARIA DOMINGUEZ - VICTORIANO**, Appellant Counsel **TERESA A.**

**WALLBAUM** and **RAFAEL TORMES ORTIZ**, Reg. #44128-080, USP/Max, POB 8500,

Florence, CO  81226-8500**.**

      **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of April of the year 2007.

                           By:  /**s**/ **PETER JOHN PORRATA**
                                      **#128901**


                           Law Offices of
                           **PETER JOHN PORRATA**
                           Capital Center Building
                           South Tower/Suite 602
                           239 Arterial Hostos Avenue
                           San Juan, PR   00918-1476
                           **email@peterjohnporrata.com**
                           T:  787.763.6500/6512
                           F:  787.763.4566