IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

Rafael Torres Ortiz
Petitioner
USA
Respondent

Civil # 97-1618 (JP)

MOTION TO PROCEED IN FORMA PAUPERIS
(Moción para Proceder en forma de Pobre)

I, the above-named petitioner declare under penalty of perjury that I am the petitioner in the above-entitled proceeding; that I am unable to pay the costs of said proceeding or give security thereof; that I believe I am entitled to redress; and that I believe I have a meritorious case.

(Yo, el peticionario de epígrafe, declaro bajo pena de perjurio que soy el peticionario en el caso antes mencionado; que no puedo pagar los costos de dicho procedimiento ni ofrecer garantia sobre el mismo; que considero tener derecho a un remedio y creo tener argumentos válidos.)

Wherefore, I hereby request to be allowed to proceed in forma pauperis, without prepayment of fees, costs or security thereof.

(POR TODO LO CUAL solicito se me permita proceder en forma de pobre, sin pago anticipado de cuotas, gastos o garantia de ellos.)

Date: 4.21.07                            /s/ Rafael Torres Ortiz
(Fecha:)                                   Petitioner - Peticionario

------------------------------------------------------------

O R D E R

This motion is hereby _____.

At San Juan, Puerto Rico, this ____ day of _____ of 19___.


                                        UNITED STATES DISTRICT JUDGE

1983
Page -1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED
(Declaración en apoyo de la moción para proceder

IN FORMA PAUPERIS
(en forma de pobre)

Petitioner
(Peticionario)

v.

Defendant
(Demandado)

I, RAFAEL TORRES-ORTIZ, petitioner in the above captioned case, in support of my motion to proceed without being required to prepay fees or costs or furnish any guarantee for the same, declare that, because of my economic situation, I am unable to pay the costs of said proceedings or furnish any guarantee for the same, and I believe that my claim is meritorious.

(Yo, _____, peticionario en el caso de epígrafe, en apoyo de mi moción para proceder sin que se me requiera pagar por adelantado los honorarios o costas ni prestar garantía para los mismos, declaro que, por razón de mi situación económica, no puedo pagar las costas de dichas diligencias ni prestar garantía alguna para ellas, y creo que mi reclamación es válida.)

I declare that the answers that I have given as follows are true.

(Declaro que las respuestas que doy a continuación son ciertas.)

1.  Petitioner's age:  ✓ 51
    (Edad del peticionario)

2.  Social Security Number:  ✓ 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
    (Número de Seguro Social)

3.  Residential address:  USP-FLORENCE MAX
    (Dirección residencial)   PO BOX 8500
                              Florence, Co 81226

- AL DORSO -

3
e   -2-

4. Postal address: _NA_
   (Dirección postal) _NA_
                     _NA_

5. Telephone number: _____
   (Número de teléfono)

6. Are you married?              Yes _____    No _____
   (¿Está usted casado?)         Sí  _____    No   X

7. Name of spouse:               _NA_
   (Nombre del cónyuge)

   State/Country of spouse's domicile  _N-A_
   (Estado/País de domicilio del cónyuge)

8. Petitioner's employment:       Spouse's Employment
   (Empleo del peticionario)      (Empleo del cónyuge)

   Employer:                      Employer:
   (Patrono)                      (Patrono)
   _NA_                           _NA_

   Address:                       Address:
   (Dirección)                    (Dirección)
   _NA_                           _NA_

   Telephone: _NA_                Telephone: _NA_
   (Teléfono)                     (Teléfono)

   Position:  _NA_                Position:  _NA_
   (Puesto)                       (Puesto)

   Wage: $ _NA_                   Wage: $ _NA_
   (Salario)                      (Salario)

   _NA_ Monthly (mensual)         _NA_ Monthly (mensual)
   _____ Weekly (semanal)         _____ Weekly (semanal)

9. If you are currently unemployed, state the date of your
   last employment and the monthly salary you were making.
   (Si se encuentra actualmente desempleado, indique la
   fecha de su último empleo y el sueldo mensual que
   devengaba.)

   _na_                           $ _na_

- AL DORSO -

1983
Page -3-

10. If your spouse is unemployed, state the date of last employment and the monthly wage.
    (Si su cónyuge está desempleado, indique la fecha de su último empleo y el salario mensual.)

    _____na_____    $ ___na___

11. Have you or your spouse received any income from the following sources during the past twelve (12) months?
    (¿Usted o su cónyuge recibieron ingresos durante los últimos doce meses de las siguientes fuentes?)

    If the answer is yes, state the amount.
    (Si la contestación es que sí, indique la cantidad.)

    a. Business, profession or self-employment:
       (Negocio, profesión o trabajo por cuenta propia)

       Yes ____    No ____    Amount : $ __na__
       Sí          No         Cantidad

    b. Pension, annuity or life insurance payments?
       (Pago de pensiones, anualidades o seguro de vida)

       Yes ____    No ____    Amount : $ __na__
       Sí          No         Cantidad

    c. Inheritances, donations or gifts?
       (Herencias, donaciones o regalos)

       Yes ____    No ____    Amount : $ __na__
       Sí          No         Cantidad

    d. Prizes in casino, lottery, horseracing games or other games of chance, etc.
       (Premios en juegos de casino, lotería, carreras de caballo u otros juegos de azar, etc.)

       Yes ____    No ____    Amount : $ __na__
       Sí          No         Cantidad

12. Other persons living in the same household:
    (Otras personas que residen bajo el mismo techo)

    | Name (Nombre) | Age (Edad) | Relationship (Parentesco) | Employment (Empleo) | Wage (Salario) |
    |---|---|---|---|---|
    | | | na | | $ |
    | | | | | |

- AL DORSO -

1983
Page -4-

13. Do you or your spouse or any person living in the same household receive help from the government or from any other person?
(¿Usted o su cónyuge o alguna persona que vive bajo su mismo techo recibe ayuda gubernamental o de otra persona?

| Petitioner: (Peticionario) | Yes (Sí) | No (No) | Amount (Cantidad) |
|---|---|---|---|
| 1. State Insurance (Fondo del Seguro del Estado) | | | $ na |
| 2. Unemployment (Desempleo) | | | $ na |
| 3. Retirement (Retiro) | | | $ na |
| 4. Pension (Pensión) | | | $ na |
| 5. Social Security (Seguro Social) | | | $ na |
| 6. Food stamps (Cupones) | | | $ na |
| 7. Other type of aid (Otro tipo de ayuda) | | | $ na |

Spouse:
(Cónyuge)

| | | | |
|---|---|---|---|
| 1. State Insurance (Fondo del Seguro) | | | $ na |
| 2. Unemployment (Desempleo) | | | $ na |
| 3. Retirement (Retiro) | | | $ na |
| 4. Pension (Pensión) | | | $ na |
| 5. Social Security (Seguro Social) | | | $ na |
| 6. Food stamps (Cupones) | | | $ na |
| 7. Other type of aid (Otro tipo de ayuda) | | | $ na |

Persons living in the same household:
(Personas que viven bajo el mismo techo)

| | | | |
|---|---|---|---|
| 1. State Insurance (Fondo del Seguro del Estado) | | | $ na |
| 2. Unemployment (Desempleo) | | | $ na |

- AL DORSO -

1983
Page -5-

|   |   | Yes (Sí) | No (No) | Amount (Cantidad) |
|---|---|---|---|---|
| 3. | Retirement (Retiro) | ___ | ___ | $ ___ |
| 4. | Pension (Pensión) | ___ | ___ | $ ___ |
| 5. | Social Security (Seguro Social) | ___ | ___ | $ ___ na |
| 6. | Food stamps (Cupones) | ___ | ___ | $ ___ |
| 7. | Other type of aid (Otro tipo de ayuda) | ___ | ___ | $ ___ |

14. Dependents (If they have another address, state so)
    (Dependientes: si la dirección es distinta de la suya, hágalo constar)

| Name (Nombre) | Age (Edad) | Relationship (Parentesco) | Amount provided to support each one (Cantidad aportada para su sustento) |
|---|---|---|---|
| | | | |
| na | | | |
| | | | |
| | | | |

15. Do you own the place where you live?   Yes ___   No  na
    (¿Es propietario de la vivienda donde reside?) (Sí)(No)

    If you are the owner, state:
    (Si es propietario, indíquelo:)

    **Estimated value of the house**                    $ ___ na
    **(Valor estimado de la casa)**

    **Capacity of the plot of land or farm**            ___ na
    **(Cabida del solar o finca)**

    Estimated value of the plot of land                 ___ na
    (Valor estimado del solar o finca)

16. If you are not the owner of the place of residence, state:
    (Si no es propietario del lugar de residencia, indíquelo:)

    Name of the owner of the residence: ___ na
    (Nombre del propietario de la casa)

- AL DORSO -

1983
Page -6-

    Name of the owner of the plot of land: ___na___
    (Nombre del propietario del solar)

    Lease payment      $ ___na___
    (Cánon de arrendamiento)

17. State if you own any other real estate property.
    (Indique si posee otros bienes inmuebles.)

| Place (Localización) | Description (Descripción) | Estimated value (Valor estimado) |
|---|---|---|
| | | $ na |
| | | $ na |
| | | $ |

18. State if you own any property such as jewels, stocks, bonds, notes, automobiles or any other valuable property. Exclude ordinary household furniture and clothing.
    (Indique si posee bienes tales como joyas, acciones, bonos, pagarés, automóviles o alguna otra propiedad de valor. Excluya mobiliario corriente y ropa.)

| Description (Descripción) | Estimated value (Valor estimado) |
|---|---|
| | $ na |
| | $ na |

19. State if you possess any cash or any bank account.
    (Indique si tiene dinero en efectivo o alguna cuenta de banco.)

    **Cash**      $ _____
    (Dinero en efectivo)

    **Checking account, Bank:** _____
    (Cuenta corriente, Banco)

        Amount:    $ ___na___
        (Cantidad)

    Savings account, Bank: _____
    (Cuenta de ahorros, Banco)

        Amount:    $ _____
        (Cantidad)

- AL DORSO -

1983
Page -7-

20. List all your obligations or debts, including banks, loan companies, credit accounts, etc.
    (Enumere todas sus obligaciones o deudas, incluyendo bancos, compañias de préstamos, cuentas de crédito, etc.)

    | Creditor<br>(Acreedor) | Balance<br>(Balance) | Monthly payment<br>(Pago mensual) |
    |---|---|---|
    | _____ | $ _____ | $ _____ |
    | _____ | $ _____ | $ _____ |
    | _____ | $ _____ | $ _____ |
    | _____ | $ _____ | $ _____ |

    *na*

21. List all your approximate monthly expenses.
    (Enumere sus gastos mensuales aproximados.)

    Food             $ _____
    (Alimentos)

    Clothing         $ _____
    (Ropa)

    Water            $ _____
    (Agua)

    Electricity      $ _____
    (Luz)

    Telephone        $ _____
    (Teléfono)

    Transportation   $ _____
    (Transportación)

    Others           $ _____
    (Otros)

    *na*

22. Debts or obligations of your spouse that are not included in item number 20.
    (Deudas y obligaciones de su cónyuge que no estén incluidas en el encasillado número 20.)

    | Creditor<br>(Acreedor) | Balance<br>(Balance) | Monthly payment<br>(Pago Mensual) |
    |---|---|---|
    | _____ | $ _____ | $ _____ |
    | _____ | $ _____ | $ _____ |

    *na*

- AL DORSO -

1983
Page -8-

    I understand that any false statement or answer in this affidavit carries a penalty for perjury under the provisions of Title 18 USC, section 1621, and it can subject me to a prison sentence up to a maximum of five (5) years or a fine of up to a maximum of $2,000.00, or both.

    (Entiendo que cualquier afirmación o respuesta falsa en esta declaración conlleva pena de perjurio bajo las disposiciones del Título 18, Código de los Estados Unidos, sección 1621, y me puede exponer a una pena de prisión hasta un máximo de cinco (5) años o una multa hasta un máximo de $2,000.00 o ambas penas.)

                              _____
                                Petitioner's signature
                               (Firma del peticionario)

    I declare under penalty of perjury that the foregoing is true and correct.

    (Declaro bajo pena de perjurio que lo anterior es cierto y correcto.)

    Signed this  21  of  APRIL  of 19 2007
    (Firmado el    del mes de        de 19    )

                                _____
                                Petitioner's signature
                               (Firma del peticionario)

                                Inmate Number # 44128-080
                                Número de Confinado

1983
Page -9-

PLEASE COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT:
(Escriba el nombre completo y la dirección de cada demandado)

DEFENDANT'S NAME        : _____
(Nombre del demandado)

DEFENDANT'S ADDRESS : _____
(Dirección del demandado) _____
                          _____

All additional defendants' names and addresses:
(Nombre y dirección de los restantes demandados)

DO NOT WRITE BELOW THIS LINE (No escriba debajo de esta línea)
-------------------------------------------------------------
U. S. MARSHAL RETURN ON SERVICE

Executed this order by serving the within named _____
_____
by handing to and leaving with _____
a true copy of this order on _____
_____


                              U. S. Marshal

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

PR#

District Court No. __97-1618__

Appeal No. __07-1268__

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) Signed: _Rafael Torres Ortiz_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. Date: __4-16-07__ |

My issues on appeal are: (1) Ineffective Assistance of Council. (2) Blakely/Booker (3) Invasion Indictment (4) Sentencing enhancements (2255 Petition) (4) Special Verdict Form Claim

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N-A | $ NA | $ NA | $ NA |
| Self-employment | $ N-A | $ NA | $ NA | $ NA |
| Income from real property (such as rental income) | $ N-A | $ NA | $ NA | $ NA |
| Interest and dividends | $ N-A | $ NA | $ NA | $ NA |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ na | $ na | $ na | $ na |
| Alimony | $ na | $ na | $ na | $ na |
| Child support | $ na | $ na | $ na | $ na |
| Retirement (such as social security, pensions, annuities, insurance | $ na | $ na | $ na | $ na |
| Disability (such as social security, insurance payments) | $ na | $ na | $ na | $ na |
| Unemployment payments | $ na | $ na | $ na | $ na |
| Public-assistance (such as welfare) | $ na | $ na | $ na | $ na |
| Other (specify): commissary | $ 120.00 | $ na | $ na | $ na |
| Total Monthly income: | $ 120.00 | $ na | $ na | $ na |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| na | na | na | na |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| na | na | na | na |

2

4. *How much cash do you and your spouse have?* $ na

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| na | na | $ na | $ na |
|  |  | $ | $ |
|  |  | $ | $ |

→ If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

**Home** (Value) na

**Other real estate** (Value) na

**Motor Vehicle #1** (Value)
Make & year: na
Model: na
Registration#: na

**Motor Vehicle #2** (Value)
Make & year: na
Model: na
Registration#: na

**Other assets** (Value) na   na   na

**Other assets** (Value) na   na   na

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| na | na | na |
| na | na | na |
| na | na | na |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| na | na | na |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ na | $ na |
| Are any real estate taxes included? ☐ Yes ☒ No |  |  |
| Is property insurance included? ☐ Yes ☒ No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ na | $ na |
| Home maintenance (repairs and upkeep) | $ na | $ na |
| Food | $ na | $ na |
| Clothing | $ na | $ na |
| Laundry and dry-cleaning | $ na | $ na |
| Medical and dental expenses | $ na | $ na |
| Transportation (not including motor vehicle payments) | $ na | $ na |
| Recreation, entertainment, newspapers, magazines, etc. | $ na | $ na |
| Insurance (not deducted from wages or included in Mortgage payments) | $ na | $ na |
| Homeowner's or renter's | $ na | $ na |
| Life | $ na | $ na |
| Health | $ na | $ na |
| Motor Vehicle | $ na | $ na |
| Other: | $ na | $ na |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): | $ na | $ na |
| Installment payments | $ na | $ na |
| Motor Vehicle | $ na | $ na |
| Credit card (name): | $ na | $ na |
| Department store (name): | $ na | $ na |
| Other: | $ na | $ na |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ na | $ na |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ na | $ na |
| Other (specify): _____ | $ _____ | $ _____ |
| **Total monthly expenses:** | $ NA | $ NA |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes  ☒ No          If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☒ No

If yes, how much? $ X na

If yes, state the attorney's name, address, and telephone number:
na
_____
_____
_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes  ☒ No

If yes, how much? $ na

If yes, state the person's name, address, and telephone number:
na
_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
I don't have all the money - all I have is what is currently in the acct and as money comes in I could later apply towards those funds But please take into consideration that these funds are

5

## Inmate Statement

| | | |
|---|---|---|
| **Inmate Reg #:** 44128080 | **Current Institution:** | Florence ADX |
| **Inmate Name:** ORTIZ, RAFAEL | **Housing Unit:** | FLM-K |
| **Report Date:** 04/12/2007 | **Living Quarters:** | K01-113L |
| **Report Time:** 1:15:31 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLM | 4/10/2007 10:27:01 AM | 70180501 | | | Lockbox - CD | $120.00 | | $440.51 |
| FLM | 4/10/2007 10:07:33 AM | 10 | | | Sales | ($54.10) | | $320.51 |
| FLM | 4/4/2007 6:57:22 AM | 3 | | | Sales | ($2.40) | | $374.61 |
| FLM | 4/3/2007 7:35:48 PM | ITS0403 | | | Phone Withdrawal | ($20.00) | | $377.01 |
| FLM | 4/2/2007 10:07:58 AM | 44 | | | Sales | ($52.85) | | $397.01 |
| FLM | 3/21/2007 3:32:04 PM | | | 3480 | Donation | ($25.00) | | $449.86 |
| FLM | 3/21/2007 6:51:54 AM | 1 | | | Sales | ($2.70) | | $474.86 |
| FLM | 3/20/2007 5:04:47 AM | 70179001 | | | Lockbox - CD | $120.00 | | $477.56 |
| FLM | 3/19/2007 10:16:35 AM | 13 | | | Sales | ($38.35) | | $357.56 |
| FLM | 3/15/2007 7:32:31 PM | ITS0315 | | | Phone Withdrawal | ($10.00) | | $395.91 |
| FLM | 3/14/2007 6:45:27 AM | 1 | | | Sales | ($6.20) | | $405.91 |
| FLM | 3/12/2007 12:00:26 PM | 30 | | | Sales | ($40.35) | | $412.11 |
| FLM | 3/9/2007 5:03:45 AM | 70178301 | | | Lockbox - CD | $100.00 | | $452.46 |
| FLM | 3/7/2007 7:13:51 AM | 2 | | | Sales | ($3.15) | | $352.46 |
| FLM | 3/7/2007 7:12:04 AM | 1 | | | Sales | ($11.20) | | $355.61 |
| FLM | 3/6/2007 5:01:37 AM | 70178001 | | | Lockbox - CD | $50.00 | | $366.81 |
| FLM | 3/5/2007 10:15:25 AM | 15 | | | Sales | ($31.10) | | $316.81 |
| FLM | 3/1/2007 6:49:23 PM | ITS0301 | | | Phone Withdrawal | ($20.00) | | $347.91 |
| FLM | 2/26/2007 10:26:27 AM | 13 | | | Sales | ($25.70) | | $367.91 |
| FLM | 2/20/2007 11:32:31 AM | 67 | | | Sales | ($29.75) | | $393.61 |
| FLM | 2/14/2007 7:49:40 AM | 1 | | | Sales | $1.00 | | $423.36 |
| FLM | 2/12/2007 9:21:15 AM | 34 | | | Sales | ($26.70) | | $422.36 |
| FLM | 2/11/2007 5:04:27 AM | 70176502 | | | Lockbox - CD | $120.00 | | $449.06 |
| FLM | 2/7/2007 7:38:00 AM | 2 | | | Sales | ($3.30) | | $329.06 |
| FLM | 2/5/2007 10:04:33 AM | 22 | | | Sales | ($39.70) | | $332.36 |
| FLM | 2/1/2007 8:15:16 AM | | | 3350 | Donation | ($25.00) | | $372.06 |
| FLM | 1/31/2007 6:42:05 AM | 1 | | | Sales | ($10.40) | | $397.06 |
| FLM | 1/29/2007 9:02:47 AM | 37 | | | Sales | ($28.10) | | $407.46 |
| FLM | 1/24/2007 8:21:40 AM | 14 | | | Sales | ($3.50) | | $435.56 |
| FLM | 1/22/2007 9:04:50 AM | 24 | | | Sales | ($25.05) | | $439.06 |
| FLM | 1/17/2007 8:29:17 AM | 4 | | | Sales | ($3.55) | | $464.11 |
| FLM | 1/16/2007 7:14:26 AM | ITS0116 | | | Phone Withdrawal | ($20.00) | | $467.66 |
| FLM | 1/16/2007 2:13:24 PM | 17 | | | Sales | ($34.45) | | $487.66 |

ps182

AUTHORIZED BY THE ACT OF JULY 27, 1955, TO ADMINISTER OATHS (18 U.S.C. 4004

Case manager

| | | | | | | |
|---|---|---|---|---|---|---|
| FLM | 1/16/2007 5:01:06 AM | 70174604 | | Lockbox - CD | $120.00 | $522.11 |
| FLM | 1/12/2007 5:07:11 AM | 70174501 | | Lockbox - CD | $50.00 | $402.11 |
| FLM | 1/8/2007 11:43:18 AM | 56 | | Sales | ($45.80) | $352.11 |
| FLM | 12/29/2006 11:47:34 AM | 133 | | Sales | ($49.75) | $397.91 |
| FLM | 12/18/2006 11:46:05 AM | 55 | | Sales | ($42.00) | $447.66 |
| FLM | 12/15/2006 5:04:31 AM | 70172701 | | Lockbox - CD | $120.00 | $489.66 |
| FLM | 12/11/2006 12:13:13 PM | 6 | | Sales | ($49.85) | $369.66 |
| FLM | 12/8/2006 12:52:15 PM | ITS1208 | | Phone Withdrawal | ($10.00) | $419.51 |
| FLM | 12/4/2006 8:56:40 AM | 37 | | Sales | ($51.50) | $429.51 |
| FLM | 11/27/2006 11:10:06 AM | 43 | | Sales | ($21.00) | $481.01 |
| FLM | 11/21/2006 5:12:45 AM | 70171001 | | Lockbox - CD | $100.00 | $502.01 |
| FLM | 11/20/2006 6:33:50 PM | ITS1120 | | Phone Withdrawal | ($20.00) | $402.01 |
| FLM | 11/20/2006 11:23:49 AM | 24 | | Sales | ($37.15) | $422.01 |
| FLM | 11/14/2006 5:13:20 AM | 70170501 | | Lockbox - CD | $120.00 | $459.16 |
| FLM | 11/13/2006 10:29:06 AM | 34 | | Sales | ($32.50) | $339.16 |
| FLM | 11/13/2006 10:27:45 AM | 33 | | Sales | ($47.45) | $371.66 |
| FLM | 11/7/2006 8:26:08 AM | | 3112 | Donation | ($25.00) | $419.11 |

1 2

**Total Transactions:** 76

Totals:  ($269.20)  $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLM | $440.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $440.51 |
| **Totals:** | $440.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $440.51 |

*Case Manager*
*K Fluck / KFluck*

AUTHORIZED BY THE ACT OF JULY 27, 1955, TO ADMINISTER OATHS (18 U.S.C. 4004)
ADX Florence, Colorado
Pg 2 of 2

4/12/2007