REC FILED
2007 JUN 11 PM 4:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

6-4-07

To: Clerk's Office.

Sir. Ya hace como dos meses y medio que solicité y pagué 65.00$ por el docket sheet de mi caso y hasta este día no lo he recibido. Caso # 88-0253-GG Rafael Torres Ortiz.

Por este medio les notifico que yo, ya "no" necesito esos documentos, pues solo tenía hasta mayo 25 para someter la moción a Boston y ya se hiso. Requiero que se me envie el dinero que pagué por unos documentos que NUNCA recibí. Perdone cualquier inconveniente que esto les cause; pero creo estar en mi pleno derecho. Gracias por su atención a esta carta.

Nota: Su carta de notificación a mi pedido está escrita: Bx. José A. Nieves; ahora no les envio copia devido a que aquí en esta prision de máxima seguridad=A.D.X. Co. Me coje semanas el conseguir hacer copia a cualquier documento.

ATT. Rafael Torres Ortiz
#44128-080
P.O. Box 8500 Florence
Co. 81226-8500