97-1618



# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

Frances Ríos de Morán, Clerk of Court

**Clerk's Office**
Federico Degetau Federal Bldg. Suite #150
Carlos Chardón Avenue #150
Hato Rey, Puerto Rico 00918-1767
(787) 772-3030 - Fax (787) 766-5693



RECEIVED JUN 25 2007 CHAMBERS OF JOSE ANTONIO FUSTE U.S. DISTRICT JUDGE

**To:** Hon. Jose A. Fusté, Chief Judge
**From:** Lida Isis Egelé, Operations Manager
**Date:** June 19, 2007
**Subject:** Return of Fee

Mr. Rafael Tormes Ortiz requested copy of his case's docket sheet. He has 2 cases, a criminal case, CR 88-253 (JP), and a 2255 petition, CV 97-1618 (JP). Then Files and Reproduction Clerk José A. Nieves sent him a letter informing that he had to pay $65.00 for the copy of the criminal docket. Mr. Tormes did pay the $65.00 and I don't know why the copy of the docket sheet was not sent to him. Probably because that's when Mr. Nieves stopped working with us.

Ms. Belkis González was helping the Files and Reproductions Section and she mailed another letter to Mr. Tormes asking him for $4.50, the cost of photocopying the civil docket sheet.

Mr. Tormes is asking for the return of his $65.00 as he no longer needs the copies. The Finance Manager cannot return the money unless she has an order to that effect.

*Please return the money to Mr. Tormes* — JA Fusté 6/26/07