IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAFAEL TORMES-ORTIZ,<br><br>    Plaintiff<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant | CIVIL NO. 97-1618 (JP) |

**AMENDMENT TO CERTIFICATE OF APPEALABILITY**

The Court has before it an Order (No. 75) from the United States Court of Appeals for the First Circuit directing this Court to specify the issues that the latter certified for appeal in its previous Order (No. 74). If a court grants a certificate of appealability, it must state the issues for which the certificate is granted. 28 U.S.C. § 2255(c)(2). The Court grants Petitioner Rafael Tormes-Ortiz's appeal as to his sentence enhancement claim only.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 29$^{\text{sth}}$ day of August, 2007.

                                    s/Jaime Pieras, Jr.
                                    JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE